FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-22-00021-CR

Robert Ray **LACINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-18-0000127
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The clerk's record and reporter's record are due February 10, 2022. On January 11, 2022, the trial court clerk filed a notification of late record requesting additional time in which to file the record because she is awaiting the Defendant's Trial Court Certification. The district clerk anticipates filing the record by February 10, 2022. Because the clerk's record is not due until February 10, 2022, the district clerk is **ORDERED** to file the clerk's record no later than February 10, 2022.

On January 11, 2022, Ms. Paula Beaver, the court reporter responsible for filing the record in this appeal, filed a notification of late record requesting additional time in which to file the record because she has not yet been contacted to prepare the record. Ms. Beaver anticipates the record can be filed by March 14, 2022.

We therefore **ORDER** appellant to provide written proof to this court on or before **January 24, 2022** that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

We further **ORDER** appellant to provide written proof to this court on or before **January 24, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).



_____
Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.

.

_____
MICHAEL A. CRUZ, Clerk of Court